Kenneth J. Kelly
James S. Frank
Kenneth W. DiGia
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500

Terence K. McLaughlin
Willkie Farr & Gallagher
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

Attorneys for Defendants New York-Presbyterian Healthcare System, Inc., Herbert Pardes and Wayne Osten

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MASAHIRO NAKAHATA, DIANA GARDOCKI and CYNTHIA DELANCY,

on behalf of themselves and all other employees similarly situated,

      Plaintiffs,

- against -

NEW YORK-PRESBYTERIAN HEALTHCARE SYSTEM, INC., THE NEW YORK AND PRESBYTERIAN HOSPITAL, HERBERT PARDES, M.D. AND WAYNE OSTEN,

      Defendants.

------------------------------------- x

**ECF CASE**

Docket No. 11-cv-6658(PAC) (RLE)

**NEW YORK-PRESBYTERIAN HEALTHCARE SYSTEM, INC.'S, HERBERT PARDES' AND WAYNE OSTEN'S NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**

  **PLEASE TAKE NOTICE** that, based upon the accompanying affidavit of Wayne Osten, sworn to on February 15, 2012 and the exhibit attached thereto, Defendants New York-Presbyterian Healthcare System, Inc., Herbert Pardes and Wayne Osten, by their attorneys, Epstein Becker & Green, P.C. and Willkie Farr & Gallagher, will move this Court, before the Honorable Paul A. Crotty, United States District Judge, United States District Court, United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New

York, at a date and time to be determined by the Court, for an Order (1) pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Complaint with prejudice; and (2) awarding New York-Presbyterian Healthcare System, Inc., Herbert Pardes and Wayne Osten such other relief that the Court deems proper. The said Defendants also join in the motion of Defendant The New York and Presbyterian Hospital to dismiss the Complaint and hereby adopt the arguments made by The New York and Presbyterian Hospital in its memorandum of law in support of said motion.

New York, New York
February 21, 2012

                    EPSTEIN BECKER & GREEN, P.C.

                    By: /s/ Kenneth J. Kelly
                        Kenneth J. Kelly
                        James S. Frank
                        Kenneth W. DiGia
                    250 Park Avenue
                  New York, New York 10177-1211
                  (212) 351-4500

                  WILLKIE FARR & GALLAGHER

                  By: /s/ Terence K. McLaughlin
                      Terence K. McLaughlin
                  787 Seventh Avenue
                  New York, New York 10019
                  (212) 728-8000

                  Attorneys for Defendants
                  New York-Presbyterian Healthcare System, Inc.,
                  Herbert Pardes and Wayne Osten

To: James Nelson Thomas, Esq.
    Michael James Lingle, Esq.
    Jessica Lynne Witenko, Esq.
    Annette Marie Gifford, Esq.
    Attorneys for Plaintiffs